# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| **CIVIL MINUTES - GENERAL** | | JS-6 | |
|---|---|---|---|
| Case No. | EDCV10-01732-WDK(FMOx) | Date | April 20, 2012 |
| Title | J & J Sports Productions Inc. v. Tom George Thanopoulos et al | | |

| Present: The Honorable | William D. Keller, United States District Court Judge | |
|---|---|---|
| Patricia Gomez | N/A | |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Petitioner/Appellant: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**     **(In Chambers:) Order Dismissing Action Without Prejudice**

　　　　Pursuant to the Request for Judicial Notice of Settlement, filed by plaintiff on April 10, 2012, the above-referenced case is dismissed without prejudice pending the lodging and/or filing of any proposed dismissal orders and/or judgments.  In the event the parties do not lodge and/or file any proposed orders and/or judgments by May 11, 2012, the Court will dismiss the action with prejudice.

　　　　IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | PG |